IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SEAN ANTHONY RIKER,

                                                       ORDER

            Plaintiff,

                                                   12-cv-641-bbc

    v.

TAYLOR ANNE RIKER,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Sean Anthony Riker, an inmate at the Wisconsin Secure Program Facility, is proceeding pro se on a claim that defendant Taylor Anne Riker slandered him by falsely telling the police that he had downloaded child pornography on his computer. In an order entered on November 28, 2012, I instructed plaintiff to provide more information to the court regarding a "no contact" order in place between plaintiff and defendant that was prohibiting plaintiff from sending documents to defendant. Dkt. #19. I also instructed plaintiff to submit to the court two copies of every paper he files in this case so that the court could send copies of documents to defendant.

      Plaintiff has filed a letter with the court stating that the Wisconsin Secure Program Facility removed the "no contact" order and that he is now able to serve documents on defendant. Therefore, plaintiff need no longer submit two copies of every paper he files with

1

the court.

Entered this 6th day of December, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge